UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ROBERT BANUSHI

         Plaintiff,

   -against-

CITY OF NEW YORK; Police Officer ALVIN L.
L. PALMER, Shield No. 04009; and Police Officer
EQUASHIA ALLEN

         Defendant(s)
------------------------------------------------------------------x

08-cv-2937 (ENV) (JO)

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF ROBERT BANUSHI, PURSUANT TO LOCAL CIVIL RULE 1.4**

  **PLEASE TAKE NOTICE,** that upon the annexed Affirmation of Okechukwu Valentine Nnebe, the accompanying Consent to Withdraw as Attorneys and upon all prior proceedings had herein, the undersigned counsel for plaintiff, OKECHUKWU VALENTINE NNEBE and/or NNEBE & ASSOCIATES, P.C., will move this Honorable Court at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be designated by this court, for an order pursuant to Local Civil Rule 1.4 granting leave to Okechukwu Valentine Nnebe and Nnebe & Associates, P.C., to withdraw as counsel of record for plaintiff Robert Banushi, and for such other and further orders as the Court may deem proper.

Dated: Williamsburg, New York
   November 27, 2010

                 /s/Okechukwu Valentine Nnebe
                Okechukwu Valentine Nnebe (ON6147)
                **NNEBE & ASSOCIATES, P.C.**
                472 Union Avenue, Suite 1000
                Williamsburg, NY 11211
                (718) 937-8000

To:

    1.    Brian Francolla
           100 Church Street
           New York, NY 1007 (By ECF)

    2.    Robert Banushi
           46 Parrot Place
           Brooklyn, NY 11228 (By regular mail and hand delivery).