| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN | DATE: | 12/13/2010 |
| | U.S. MAGISTRATE JUDGE | TIME: | 1:30 p.m. |

*Robert Banushi v. City of New York, et al.*
**08-CV-2937 (KAM) (JO)**

TYPE OF CONFERENCE:  Status

APPEARANCES:

      Plaintiff     Okechukwu Valentine Nnebe (counsel), Robert Banushi (client)

      Defendant    Brian Francolla

SCHEDULING:  There are no further conferences scheduled before me at this time.

THE FOLLOWING RULINGS WERE MADE:

1. I denied the motion by Mr. Nnebe for leave to withdraw, docket entry 56, for reasons set forth on the record.

2. The parties discussed settlement but did not reach an agreement and none seems likely.

                                                  SO ORDERED

                                                  /s/ James Orenstein
                                                  JAMES ORENSTEIN
                                                  U.S. Magistrate Judge